UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

  v.

JIM CREEL, SHEYLA CREEL, and WILD HORSES, INC., a California Corporation; and Does 1-10,

     Defendants

Case: 2:14-CV-02094-MCE-CKD

**Order**

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated:  June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Order                               2:14-CV-02094-MCE-CKD