1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN  DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

v.

JIM CREEL**;**
SHEYLA CREEL**;**
WILD HORSES, INC., a California
Corporation; and Does 1-10,

      Defendants.

Case: 2:14-CV-02094-MCE-CKD

**ORDER**

      Pursuant to the parties' signed stipulation filed July 30, 2015 (ECF No. 16), this action is DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this action.

      IT IS SO ORDERED.

Dated:  August 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Joint Stipulation for Dismissal      Case: 2:14-CV-02094-MCE-CKD